# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IVAN ROMERO, JESSICA JUAREZ, and S.R., a minor by and through his guardian ad litem, IVAN ROMERO,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>PASCO SCHOOL DISTRICT, RATREE ALBERS, NORA FLORES, TIM SULLIVAN, SAUNDRA HILL, JOHN and JANE DOES 1-30,<br>　　　　　　　　Defendants. | CASE NO.: 4:16-CV-5112-TOR<br><br>ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS |

BEFORE THE COURT is Defendants' Motion to Dismiss Plaintiffs' Claims Against the Individually-Named Defendants in their Official Capacities and Plaintiffs Ivan Romero and Jessica Juarez's § 1983 Claims pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 7. Although this matter is scheduled for consideration without oral argument on November 28, 2016, the Court finds no reason to delay its order because the matter is unopposed.

//

ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS ~ 1

## BACKGROUND

Plaintiffs Ivan Romero, Jessica Juarez, and S.R., a minor by and through his guardian ad litem Ivan Romero, commenced this action on August 15, 2016, alleging, inter alia, that S.R. was subjected to "ongoing verbal, psychological and physical abuse" while attending Robert Frost Elementary.[1]  *See* ECF No. 1 at ¶¶ 13-14, 43.  Specifically, Plaintiffs allege that S.R.'s teacher, Defendant Ratree Albers ("Albers") ignored S.R., restrained him, and took him to a bathroom with the lights off knowing that S.R. is afraid of the dark.  *Id.* at ¶¶ 35-38.

## DISCUSSION

Defendants move to dismiss all claims against Defendants Nora Flores, Tim Sullivan, and Saundra Hill with prejudice, because Plaintiffs have already named the Pasco School District as a Defendant and these individuals "are only being sued in their official capacities."  *See* ECF No. 7 at 6.  For the same reason, Defendants move to dismiss all claims asserted against Defendant Ratree Albers,

---

[1]  Plaintiffs' Complaint refers to the minor child, S.R., by his first name several times in the Complaint.  *Id.* at ¶¶ 37-38.  Plaintiffs are admonished that Rule 5.2(a)(3) of the Federal Rules of Civil Procedure prohibits the use of a minor's name.

ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS ~ 2

in her official capacity, with prejudice, *id.,* but not those asserted against Defendant Ratree Albers in her individual capacity. *Id.* at 8-9.

All Defendants also seek to dismiss with prejudice Plaintiffs' § 1983 Fourteenth Amendment substantive due process claims because Plaintiffs' Complaint fails to state a claim upon which relief may be granted. *Id.* at 7-8.

Plaintiffs have communicated to the Court that they do not intend to oppose the instant motion.[2] As such, the Court grants Defendants' Motion to Dismiss.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendants' Motion to Dismiss Plaintiffs' Claims Against the Individually-Named Defendants in their Official Capacities and Plaintiffs Ivan Romero and Jessica Juarez's § 1983 Claims pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 7) is **GRANTED** as follows.

2. Plaintiffs' claims against Defendants Nora Flores, Tim Sullivan, and Saundra Hill are **DISMISSED with prejudice**. The Clerk shall terminate these Defendants from the docket.

---

[2] Pursuant to Local Rule 7.1(b)(2)(B), a party must file an opposition no later than 21 days after the filing of a dispositive motion. Failure to do so may result in a finding that the party has consented to the entry of an adverse order, pursuant to Local Rule 7.1(d).

ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS ~ 3

3. Plaintiffs' claims against Defendant Ratree Albers, in her official capacity only, are **DISMISSED with prejudice**.

4. Plaintiffs' § 1983 Fourteenth Amendment Due Process claims against all Defendants are **DISMISSED with prejudice**.

The District Court Clerk shall enter this order and furnish copies to counsel.

DATED: November 22, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS ~ 4