Honorable Thomas O. Rice

Charles P.E. Leitch, WSBA 25443
PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121
Tel. 206.462.6700
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IVAN ROMERO, JESSICA JUAREZ, and S.R., a minor by and through his guardian ad litem, IVAN ROMERO,<br><br>Plaintiffs,<br><br>v.<br><br>PASCO SCHOOL DISTRICT, RATREE ALBERS, NORA FLORES, TIM SULLIVAN, SAUNDRA HILL, JOHN AND JANE DOES 1-30,<br><br>Defendants. | No. 4:16-cv-05112<br><br>STIPULATION AND ORDER OF PROTECTION OF STUDENT RECORDS AND PERSONNEL RECORDS |

## I. STIPULATION

Pursuant to the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g and 34 C.F.R. Ch. 99 et seq., the parties hereto, through their respective counsel, STIPULATE and AGREE as follows:

STIPULATION AND ORDER OF PROTECTION OF
STUDENT RECORDS- 1
4:16-cv-05112
567707

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

1. All Student Records of any student and all Personnel Records of any employee (hereinafter "Records") released by Pasco School District ("the District") to Scott W. Johnson, of Johnson & Orr, attorney for Plaintiffs in this litigation shall be considered confidential and private and shall not be released to third parties except to the following individuals for purposes of this lawsuit:

    a. Attorneys, paralegals, or assistants working in the parties' attorneys' offices on this lawsuit;

    b. Claims representatives for the insurance providers of the District; and

    c. Expert consultants and expert witnesses retained by the parties and their attorneys for purposes of developing opinions regarding this lawsuit.

2. Any Records released to Plaintiffs or their attorneys by the District shall only be used for purposes of this litigation and shall not be re-released in any form, including by orally informing others of their content, to anyone for any purpose other than this litigation.

3. Before Plaintiffs release Records to any individuals, those individuals must agree to maintain the confidentiality of the Records and promise to return those Records to Plaintiffs' attorney at the end of this litigation or destroy those Records.

4. Any document filed with the Court shall refer to students only by the student's first and last initials. Additionally, any student names mentioned during depositions shall be substituted out and be replaced in the record with the student's initials.

STIPULATION AND ORDER OF PROTECTION OF
STUDENT RECORDS- 2
4:16-cv-05112
567707

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700  Fax 206.462.6701

5. At the end of this litigation, Plaintiffs shall either return the Records to the attorneys for the District or destroy the Records, except that the parties may maintain a copy of the records for their files.

6. Records containing information about students other than S.R. will not be re-released to third parties outside of Plaintiffs' attorney's office, except pursuant to a court order or valid subpoena. In such circumstances, the student (if over 18 years of age) or the parent of that student shall be notified at least ten (10) days in advance of the release so that they may make any objection concerning the release before the release of Records occurs. Notwithstanding, Plaintiffs may release copies of Records to experts retained after those experts agree to maintain the confidentiality of any student information in the Records and promise to return them to Plaintiffs' attorney at the end of this litigation or destroy the Records that have been provided.

7. Upon any objection from a parent or student, Plaintiffs and Plaintiffs' counsel shall take all reasonable steps to resolve the dispute about the release of Records.

8. Should the District be required to respond to a complaint from the Family Policy Compliance Office of the U.S. Department of Education (FPCO) for anything related to the release of the Records to Plaintiffs and Plaintiffs' attorney by the District, Plaintiffs and Plaintiffs' attorney will cooperate with

//
//
//
//
//

STIPULATION AND ORDER OF PROTECTION OF
STUDENT RECORDS- 3
4:16-cv-05112
567707

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

the District and the FPCO in resolving any such complaint.

DATED this 23 day of May, 2016.

PATTERSON BUCHAN
FOBES & LEITCH, INC., P.S.

By: _____
Charles P.E. Leitch, WSBA No. 25443
Attorney for Defendants


DATED this 22 day of May, 2016.

JOHNSON & ORR, P.S.

By: _____
Scott W. Johnson, WSBA No. 27839
Attorney for Plaintiffs

STIPULATION AND ORDER OF PROTECTION OF
STUDENT RECORDS- 4
4:16-cv-05112
567707

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700  Fax 206.462.6701

## II. ORDER

THIS MATTER having come before the Court on the parties' stipulation regarding student information contained in student records, the Court, having reviewed the foregoing stipulation and having been otherwise fully informed herein, hereby ORDERS:

All Student Records of any student and all Personnel Records of any employee (hereinafter "Records") released by Pasco School District ("the District") to Scott W. Johnson, attorney for Plaintiffs in this litigation shall be considered confidential and private and shall not be released to third parties except to the following individuals for purposes of this lawsuit:

    a. Attorneys, paralegals, or assistants working in the parties' attorneys' offices on this lawsuit;

    b. Claims representatives for the insurance providers of the District;

    c. Expert consultants and expert witnesses retained by the parties and their attorneys for purposes of developing opinions regarding this lawsuit.

2. Any Records released to Plaintiffs or their attorney by the District shall only be used for purposes of this litigation and shall not be re-released in any form, including by orally informing others of their content, to anyone for any purpose other than this litigation.

3. Before Plaintiffs releases Records to any individuals, those individuals must agree to maintain the confidentiality of the Records and promise to return

STIPULATION AND ORDER OF PROTECTION OF
STUDENT RECORDS- 5
4:16-cv-05112
567707

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

those Records to Plaintiffs' attorney at the end of this litigation or destroy those Records.

4. Any document filed with the Court shall refer to students only by the student's first and last initials. Additionally, any student names mentioned during depositions shall be substituted out and be replaced in the record with the student's initials.

5. At the end of this litigation, Plaintiffs shall either return the Records to the attorneys for the District or destroy the Records, except that the parties may maintain a copy of the records for their files.

6. Records containing information about students other than S.R. will not be re-released to third parties outside of Plaintiffs' attorney's offices, except pursuant to a court order or valid subpoena. In such circumstances, the student (if over 18 years of age) or the parent of that student shall be notified at least ten (10) days in advance of the release so that they may make any objection concerning the release before the release of Records occurs. Notwithstanding, Plaintiffs may release copies of Records to experts retained after those experts agree to maintain the confidentiality of any student information in the Records and promise to return them to Plaintiffs' attorney at the end of this litigation or destroy the Records that have been provided.

7. Upon any objection from a parent or student, Plaintiffs and Plaintiffs' counsel shall take all reasonable steps to resolve the dispute about the release of Records.

8. Should the District be required to respond to a complaint from the Family Policy Compliance Office of the U.S. Department of Education (FPCO) for anything related to the release of the Records to Plaintiffs and Plaintiffs'

STIPULATION AND ORDER OF PROTECTION OF
STUDENT RECORDS- 6
4:16-cv-05112
567707

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700  Fax 206.462.6701

attorney by the District, Plaintiffs and Plaintiffs' attorney will cooperate with the District and the FPCO in resolving any such complaint.

Date this ___6th___ day of ___June___, ~~2016~~ 2017.

*[signature: Thomas O. Rice]*
United States District Judge

Presented by:

PATTERSON BUCHAN
FOBES & LEITCH, INC., P.S.

By: *[signature]*
Charles P.E. Leitch, WSBA No. 25443
Attorney for Defendants

Approved as to form; Notice of Presentation Waived

JOHNSON & ORR, P.S.

By: *[signature]*
Scott W. Johnson, WSBA No. 27839
Attorney for Plaintiffs

STIPULATION AND ORDER OF PROTECTION OF
STUDENT RECORDS- 7
4:16-cv-05112
567707

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700  Fax 206.462.6701